FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERINO OCHOA, | NO. CV 08-5337-AHS(E) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS, |
| JOHN MARSHALL, Warden, | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2   the Magistrate Judge's Report and Recommendation and the Judgment

3   herein by United States mail on Petitioner, counsel for Petitioner and

4   counsel for Respondent.

5

6   LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8   DATED: _____JAN 1 2 2009_____ ~2008~

9

10

11   _____

12   ALICEMARIE H. STOTLER
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28