```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                      JAN 13 2009

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERINO OCHOA, | ) NO. CV 08-5337-AHS(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: JAN 12 2009

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE